1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZAHRA FAKOURSANI AND ARMIN DAVACHI MIANDOAB,<br><br>Plaintiffs,<br><br>v.<br><br>BROKER SOLUTIONS INC d/b/a NEW AMERICAN FINANCING ET AL,<br><br>Defendants. | CASE NO. 2:25-cv-02666-JHC<br><br>ORDER |

      This matter comes before the Court sua sponte.

      Plaintiff, pro se, has not filed a separate motion for a temporary restraining order (TRO). To the extent Plaintiff wishes the Complaint, Dkt. # 2, to serve as a motion for TRO, for the reasons below, the Court must deny it.

      Federal Rule of Civil Procedure 65(b) applies to TROs. That rule provides that a court may issue a TRO without notice to the adverse party "only if . . . specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition" there is a certification as to "any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P.

ORDER - 1

65(b); *see also* Local Civil Rule 65(b)(1) (TROs without notice are disfavored and will rarely be granted).

Thus, to the extent Plaintiff has made a motion for a TRO, the Court DENIES it.

Dated this 23rd day of December, 2025.

John H. Chun
United States District Judge

ORDER - 2