UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZAHRA FAKOURSANI ET AL.,

                Plaintiffs,

     v.

BROKER SOLUTIONS INC. ET AL.,

                Defendants.

Case No. C25-2666-JHC

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiffs' application to proceed *in forma pauperis* ("IFP"), Dkt. 5, is deficient. Plaintiff Fakoursani does not indicate whether she is presently employed or her date of last employment. *See* Dkt. 5 at 1. She reports her spouse's income and that she relies on food and cash assistance to meet basic needs, but she does not disclose the amount of aid received over the past twelve months in Section 3. *See id.* at 1–2. Despite Plaintiff Fakoursani reporting no interest in real estate or automobiles in Section 5, *see id.* at 2, the Proposed Complaint appears to challenge a foreclosure, *see* Dkt. 2, and Plaintiff Fakoursani lists homeowner association dues and car loan payments amongst her expenses, *see* Dkt. 5 at 2. Plaintiff Fakoursani's application is signed by

MINUTE ORDER - 1

Armin Davachi Miandoab, not by her.  Plaintiff Miandoab did not submit his own IFP application.

The Court cannot assess Plaintiffs' application for IFP as written.  Plaintiffs must both submit revised IFP applications within **twenty (20) days** of the date of this Order.  They must each provide IFP applications containing complete and detailed financial information, including details on their income and assets, and any further helpful information on why they cannot pay their filing fee.  Failure to comply with this Order may result in denial of IFP or dismissal of the case.

Dated this 6th day of January, 2026.

Ravi Subramanian<br>
Clerk of Court<br><br>
By: s/ Stefanie Prather<br>
Deputy Clerk

MINUTE ORDER - 2