UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZAHRA FAKOURSANI AND ARMIN DAVACHI MIANDOAB,<br><br>Plaintiffs,<br><br>v.<br><br>BROKER SOLUTIONS INC d/b/a NEW AMERICAN FINANCING ET AL,<br><br>Defendants. | CASE NO. 2:25-cv-02666-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiffs' Motion for Temporary Restraining Order (TRO). Dkt. # 12. For the reasons below, the Court DENIES Plaintiffs' motion.

The record does not show Plaintiffs' have provided Defendants with notice of the motion. Federal Rule of Civil Procedure 65(b) provides that a court may issue a TRO without notice to the adverse party "only if . . . specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition" and there is a certification as to "any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b); *see also* Local Civil Rule 65(b)(1) (TROs without notice are disfavored and will rarely be granted).

ORDER - 1

Plaintiffs' motion and its attached declaration, *see* Dkt. # 14, contain no such certification. Thus, the Court DENIES the motion.

Dated this 7th day of January, 2026.

John H. Chun
United States District Judge

ORDER - 2