UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZAHRA FAKOURSANI ET AL.,

            Plaintiffs,

  v.

BROKER SOLUTIONS INC. ET AL.,

           Defendants.

Case No. C25-2666-JHC

ORDER GRANTING IFP

      Because Plaintiffs do not appear to have funds available to afford the $405.00 filing fee, Plaintiffs financially qualify for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiffs' IFP applications, Dkts. 10, 11, are GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiffs and to the assigned District Judge.

      Dated this 9th day of January, 2026.

                                                  S. KATE VAUGHAN
                                                    United States Magistrate Judge