UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZAHRA FAKOURSANI AND ARMIN DAVACHI MIANDOAB,<br><br>Plaintiffs,<br><br>v.<br><br>BROKER SOLUTIONS INC d/b/a NEW AMERICAN FINANCING et al,<br><br>Defendants. | CASE NO. 2:25-cv-02666-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiffs' motion for service of summons by United States Marshals Service. Dkt. # 27. Plaintiffs Zahra Fakoursani and Armin Davachi Miandoab proceed pro se and in forma pauperis (IFP). *See* Dkt. # 17. This Court denied Plaintiffs' motion for a temporary restraining order (TRO) for failure to comply with Federal Rule of Civil Procedure 65(b). *See* Dkt. # 15.

Upon an IFP plaintiff's request, Federal Rule of Civil Procedure 4(c)(3) requires the Court to "order that service [of summons and the complaint] be made by a United States marshal or deputy marshal or by a person specially appointed by the court." Fed. R. Civ. P. 4(c)(3); *see also* 28 U.S.C. § 1915(d) (when an IFP plaintiff so requests, "the officers of the court shall issue and serve all process").

Thus, the Court GRANTS Plaintiffs' request (Dkt. # 27) and ORDERS as follows:

ORDER - 1

(1) The Clerk shall provide a copy of this order, the amended complaint (Dkt. # 21), Plaintiffs' request for service (Dkt. # 27), and the summonses for each Defendant (Dkt. # 24) to the United States Marshal or Deputy Marshal;

(2) As soon as is practicable, the United States Marshal or Deputy Marshal shall serve Defendants with the summons and complaint and shall file proof of service once completed.

IT IS SO ORDERED.

Dated this 4th day of February, 2026.

John H. Chun
United States District Judge

ORDER - 2