UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZAHRA FAKOURSANI AND ARMIN DAVACHI MIANDOAB,<br><br>Plaintiffs,<br><br>v.<br><br>BROKER SOLUTIONS INC d/b/a NEW AMERICAN FINANCING et al.,<br><br>Defendants. | CASE NO. 2:25-cv-02666-JHC<br><br>ORDER |

Before the Court is pro se Plaintiff's Emergency Motion for Temporary Restraining Order.  Dkt. # 30.

Federal Rule of Civil Procedure 65(b) applies to TROs. That rule provides that a court may issue a TRO without notice to the adverse party "only if . . . specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition" there is a certification as to "any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b); see also Local Civil Rule 65(b)(1) (TROs without notice are disfavored and will rarely be granted).  There is no indication that Plaintiffs gave notice to Defendants of the Motion.  Nor have Plaintiffs complied with the above requirements.

ORDER - 1

Thus, the Court DENIES the motion.

Dated this 4th day of February, 2026.

John H. Chun
United States District Judge

ORDER - 2