UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZAHRA FAKOURSANI AND ARMIN DAVACHI MIANDOAB,<br><br>                    Plaintiffs,<br><br>        v.<br><br>BROKER SOLUTIONS INC d/b/a NEW AMERICAN FINANCING et al.,<br><br>                    Defendants. | CASE NO. 2:25-cv-02666-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

    (1)  The Clerk is DIRECTED to note the motion at Dkt. # 38 for February 19, 2026.

    (2)  Defendants that have appeared in this case (*see, e.g.*, Dkt. ## 41-43) are ORDERED to file a response to the motion at Dkt. # 38 on or before February 18, 2026. Plaintiffs may file a reply to the response on or before February 19, 2026.

    (3)  The Clerk is DIRECTED to forward a copy of this Order to all counsel of record.

//

//

//

MINUTE ORDER - 1

Dated this 13th day of February 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2