UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZAHRA FAKOURSANI AND ARMIN
DAVACHI MIANDOAB,

             Plaintiffs,

     v.

BROKER SOLUTIONS INC d/b/a NEW
AMERICAN FINANCING et al.,

             Defendants.

CASE NO. 2:25-cv-02666-JHC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) Plaintiffs appear to have printed, filled out, and filed the USM-285 form (the Process Receipt and Return form), a document served on Defendants as part of a service of summons carried out by the United States Marshals, pursuant to this Court's February 3, 2026 order. *See* Dkt. # 27. This form has already been filled out by the Clerk and served on Defendants. Plaintiffs will be notified when the return forms are docketed.

(2) Thus, the Court STRIKES Dkt. # 57.

(3) The Clerk is directed to forward a copy of this Order to all counsel of record.

//

MINUTE ORDER - 1

Dated this 20th day of February 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2