UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZAHRA FAKOURSANI AND ARMIN DAVACHI MIANDOAB,<br><br>Plaintiffs,<br><br>v.<br><br>BROKER SOLUTIONS INC d/b/a NEW AMERICAN FINANCING et al.,<br><br>Defendants. | CASE NO. 2:25-cv-02666-JHC<br><br>ORDER |

Before the Court is Plaintiffs' Emergency Motion to Disqualify Wright, Finlay & Zak, LLP and to Strike Joinder. Dkt. # 47. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, for the reasons presented in the filing at Dkt. # 44, the Court DENIES the motion.

Dated this 24th day of February, 2026.

John H. Chun
United States District Judge

ORDER - 1