IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ZAHRA FAKOURSANI and ARMIN DAVACHI MIANDOAB,

Plaintiffs,

v.

BROKER SOLUTIONS, INC. et al.,

Defendants.

Case No.: 2:25-cv-02666-JHC

**ORDER**

Before the Court is New American Funding, LLC f/k/a Broker Solutions, Inc. d/b/a New American Funding, Kevin English, and Indira Zuniga's Motion to Dismiss with Prejudice. Dkt. # 50. Defendants Wright, Finlay & Zak, LLP and Rainier Title LLC join in the motion. Dkt. ## 51 & 67. The Court has reviewed the materials filed in support of the motion, which is unopposed.

The motion appears to have merit. Further, Plaintiffs failure to oppose the motion is considered by the Court as an admission that the motion has merit. *See* LCR 7(b)(2). Thus, the Court GRANTS the motion as DISMISSES all claims against the moving Defendants with prejudice.

//

//

//

ORDER - 1

Dated this 18th day of March, 2026.


John H. Chun
United States District Judge

ORDER - 2