UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZAHRA FAKOURSANI AND ARMIN DAVACHI MIANDOAB,<br><br>Plaintiffs,<br><br>v.<br><br>BROKER SOLUTIONS INC d/b/a NEW AMERICAN FINANCING et al.,<br><br>Defendants. | CASE NO. 2:25-cv-02666-JHC<br><br>ORDER |

THIS MATTER having come on to be heard on the motion of Plaintiff (Dkt. # 110), appearing pro se, Defendant First American Mortgage Solutions, failing to appear, good cause being shown, and the Court being fully advised, now there therefore;

IT IS HEREBY ORDERED that Defendant First American Mortgage Solutions is in default.

Dated this 2nd day of July 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

ORDER - 1