# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ZAHRA FAKOURSANI and ARMIN DAVACHI MIANDOAB,

Plaintiffs,

v.

BROKER SOLUTIONS, INC, d/b/a NEW AMERICAN FUNDING; MTC FINANCIAL, d/b/a TRUSTEE CORPS; and IDAHO HOUSING & FINANCE ASSOCIATION, d/b/a HOMELOANSERV,

Defendants.

Case No. 2:25-cv-02666-JHC

**ORDER**

THIS MATTER comes before the Court on Plaintiffs' motion to strike at Dkt. # 108. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law.  Being fully advised, and for reasons presented at Dkt. # 113, the Court DENIES the motion.

//

//

**ORDER - 1**

Dated this 17th day of July, 2026.

John H. Chun

United States District Judge

**ORDER - 2**