IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ZAHRA FAKOURSANI and ARMIN DAVACHI MIANDOAB,

Plaintiffs,

v.

BROKER SOLUTIONS, INC. d/b/a New American Funding; RAINIER TITLE, LLC; FIRST AMERICAN MORTGAGE SOLUTIONS, INC.; IDAHO HOUSING AND FINANCE ASSOCIATION, d/b/a/ HOMELOANSERV; MTD FINANCIAL INC., d/b/a/ TRUSTEE CORPS; WRIGHT, FINLAY & ZAK, LLP; INDIRA ZUNIGA; KEVIN ENGLISH; FIRST AMERICAN MORTGAGE SOLUTIONS,

Defendants.

Case No.: 2:25-cv-02666-JHC

**ORDER GRANTING NEW AMERICAN FUNDING, LLC F/K/A BROKER SOLUTIONS, INC. D/B/A NEW AMERICAN FUNDING, KEVIN ENGLISH, AND INDIRA ZUNIGA'S RENEWED MOTION TO DEEM PLAINTIFFS VEXATIOUS LITIGANTS**

Defendants, New American Funding, LLC f/k/a Broker Solutions, Inc. d/b/a New American Funding, erroneously named as Broker Solutions, Inc. d/b/a New American Funding ("NAF"); Wright, Finlay & Zak, LLP ("WFZ"); Kevin English ("English"); and Indira Zuniga ("Zuniga) (collectively, "Defendants"), requested that this Court enter an order deeming Plaintiffs Zahra Fakoursani and Armin Davachi Miandoab's ("Plaintiffs") to be vexatious litigants (the "Motion") and thereby place restrictions upon their access to the federal courts within the Western District of Washington to prevent continued abusive, frivolous and repetitive

filings. Dkt. # 99.

Having reviewed the Complaint, the documents filed in this matter, and the motion and having heard the argument of the parties, the Court does hereby ORDER, AJDJUDGE, AND DECREE:

1. For the reasons presented at Dkt. # 99, Defendants' Motion is GRANTED.
2. The Court finds that Plaintiffs have engaged in frivolous litigation conduct as outlined at Dkt. # 99.
3. Should Plaintiffs seek to file any new action in the Western District of Washington against any of the Defendants named in this action, their counsel, any foreclosure and eviction vendors, an office or officer of this State, *or any other person* concerning the property and/or the loan (the "Loan") secured by a Deed of Trust recorded against the parcel of real property located at 9403 13th Pl SE, Lake Stevens, WA (the "Property"), then Plaintiffs must first:
    a. Request approval from the Chief Judge of the United States District Court, Western District of Washington, to file a complaint or any other motions or papers on their own behalf;
    b. Present legal authorities and/or evidence in support of their request; and
    c. Attest under penalty of perjury that the complaint is neither frivolous nor presented for any improper purpose, such as to harass, cause unnecessary delay or needlessly impose the cost of litigation upon any named defendant.

Dated this 27th day of July, 2026.

John H. Chun
John H. Chun
United States District Judge