**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

ZAHRA FAKOURSANI and ARMIN DAVACHI MIANDOAB,

Plaintiffs,

v.

BROKER SOLUTIONS, INC, d/b/a NEW AMERICAN FUNDING; MTC FINANCIAL, d/b/a TRUSTEE CORPS; and IDAHO HOUSING & FINANCE ASSOCIATION, d/b/a HOMELOANSERV,

Defendants.

Case No. 2:25-cv-02666-JHC

**ORDER**

THIS MATTER comes before the Court on Plaintiffs' motion for reconsideration. Dkt. # 128. Pursuant to LCR 7(h)(3), the Court DIRECTS Defendant Idaho Housing & Finance Association to file a response to the motion by Friday, September 4, 2026. The Court DIRECTS the Clerk to re-note the reconsideration motion at Dkt. # 128 for September 4, 2026.

//

Dated this 24th day of August, 2026.

John H. Chun
United States District Judge