IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZAHRA FAKOURSANI and ARMIN DAVACHI MIANDOAB,<br><br>Plaintiffs,<br>v.<br><br>BROKER SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No.: 2:25-cv-02666-JHC<br><br>**ORDER** |

Before the Court is pro se Plaintiffs' Motion to Expedite, Dkt. # 127, Motion for Reconsideration, Dkt. # 128, and Motion for Leave to File Reply, Dkt. # 131. The Court has reviewed all the materials submitted in connection with the motions, the rest of the file, and the governing law. For the reasons below, the Court DENIES both motions.

First, as for the motion to expedite, the Court notes that the District has been flooded with immigration habeas corpus cases, which has led to significant delays in the processing of civil motions. *See* Mike Carter, *WA federal court flooded with immigration cases*, SEATTLE TIMES (April 2, 2026). The Court will resolve the motion for default judgement (Dkt. # 114) when it has the opportunity to do so.

Second, as for the reconsideration motion:

> Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have

> been brought to its attention earlier with reasonable diligence.

LCR 7(h)(1). Plaintiffs fail to meet this standard. They show neither manifest error nor new facts or authority that could not have been brought to the Court's attention earlier with reasonable diligence. And the motion for leave to file a reply presents nothing that could change the Court's view about the motion for reconsideration.

For the reasons above, the Court DENIES the three motions.

Dated this 11th day of September, 2026.

John H. Chun
United States District Judge