UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ZAHRA FAKOURSANI and ARMIN DAVACHI MIANDOAB,

Plaintiffs,

v.

BROKER SOLUTIONS INC, et al.,

Defendants.

CASE NO. 2:25-cv-02666-JHC

**ORDER TO SHOW CAUSE**

This matter comes before the Court sua sponte. The only remaining named Defendant in this matter is MTC Financial Inc, d/b/a Trustee Corps. However, in its filings with the court, MTC Financial contends that it has not been served by Plaintiffs. *See* Dkt. ## 85, 102, 103, 104. On February 4, 2026, the Court directed the United States Marshals Service to serve all Defendants pursuant to Federal Rule of Civil Procedure 4(c)(3). Dkt. # 29. On March 18, 2026, the Marshals filed a Return of Service on MTC Financial, stating that they had served Cynthia Jones as an agent of MTC Financial at the address provided by Plaintiffs. Dkt. # 77. On April 15, 2026, MTC Financial filed a document with the Court stating that it had not been properly

served because the address provided by Plaintiffs is not associated with MTC Financial. Dkt. # 85. Another Return of Service for MTC Financial was filed on June 1, 2026, purporting to have completed service on Cynthia Jones at the same address. Dkt. # 94. That month, MTC Financial filed several documents again stating that this address is incorrect, Cynthia Jones is not its agent, and therefore it has not been properly served. *See* Dkt. ## 102, 103, 104. MTC Financial asserts that the address for its registered agent in Washington State, Alan Burton, is 606 W Gowe St., Kent, WA 98032-5744. Dkt. # 102 at 2.

The Court thus ORDERS Plaintiffs to either show cause as to why this matter should not be dismissed for failure to serve under Federal Rule of Civil Procedure 4(m) or to provide the Marshals with an updated summons including the correct address for MTC Financial on or before Friday, November 6, 2026. The Court notes that if Plaintiff fails to either show good cause for failure to serve or provide the correct address for Defendant, all claims against MTC Financial will be dismissed without prejudice.

DATED this 27th day of October, 2026.

John H. Chun
United States District Judge