UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ZAHRA FAKOURSANI and ARMIN DAVCHI MIANDOAB,

Plaintiffs,

v.

BROKER SOLUTIONS INC, et al.,

Defendants.

CASE NO. 2:25-cv-02666-JHC

**ORDER**

This matter comes before the Court on its order to show cause regarding service. Dkt. # 141. In their response, Plaintiffs contend that service was sufficient against Defendant MTC Financial Inc., d/b/a Trustee Corps. because the United States Marshals Service filed Returns of Service stating that it had served Cynthia Jones, a "customer service associate," at the address provided by Plaintiffs for MTC Financial. Dkt. # 142 at 2-4; *see* Dkt. ## 77, 94.

Generally, "a signed return of service constitutes prima facie evidence of valid service which can be overcome only by strong and convincing evidence." *SEC v. Internet Sols. for Bus., Inc.*, 509 F.3d 1161, 1163 (9th Cir. 2007). But "[t]he manner of service may be improper where

the wrong person is served or where a person who is not authorized to accept service is served." *Sequeira v. Republic of Nicaragua*, 2013 WL 12421731, at *3 (C.D. Cal. Nov. 18, 2013). And "[o]nce service is challenged, plaintiffs bear the burden of establishing that service was valid under Rule 4." *Brockmeyer v. May*, 383 F.3d 798, 801 (9th Cir. 2004).

MTC Financial has stated multiple times on the record that it has not been served, as it is in no way associated with Cynthia Jones or the address provided by Plaintiffs. *See* Dkt. ## 85, 102, 104. MTC Financial filed (1) a declaration stating that it is not associated with Cynthia Jones or the provided address, and (2) a copy of the Washington State Secretary of State's website listing Alan Burton as its agent at 606 W Gowe St, Kent, WA 98032-5744. Dkt. # 103. In their response to the order to show cause, Plaintiffs do not address MTC Financial's arguments regarding service, nor do they provide any evidence that MTC Financial has a connection to Cynthia Jones or the provided address. Plaintiffs thus have not shown that MTC Financial was properly served as a corporation under Rule 4(h). Plaintiffs also have not provided an updated summons with MTC Financial's correct address and agent. Accordingly, the Court DISMISSES Plaintiffs' claims against MTC Financial without prejudice.

DATED this 9th day of November, 2026.

John H. Chun
United States District Judge